■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS TORRES, Appellant. — Judgment, Supreme Court, Bronx County (Jerome Reinstein, J.), rendered on March 10, 1982, unanimously affirmed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MANUEL GARCIA, Appellant. — Judgment, Supreme Court, New York County (Jeffrey Atlas, J.), rendered on April 5, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Sandler, J. P., Sullivan, Carro and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CASPER TORRES, Appellant. — Judgment, Supreme Court, Bronx County (John Collins, J.), rendered on April 4, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Asch, J. P., Bloom, Fein and Alexander, JJ.